# EXHIBIT "A"

*Exhibit A*

# Jack R. Arons

3/2/2009



10088 Blue Waters Road, Tallahassee, Florida 32305
850.421.5791
jackarons@bigbendcrimes.com

First National Collections Bureau, Inc.
610 Waltham Way
Sparks, Nevada 89434

Creditor: MAIN STREET ACQUISITIONS CORP.
Original Creditor: HSBC
Account#: ▇09462▇▇
Master Card ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ ▇▇▇▇

To whom it may concern:

I am enclosing a copy of the 1099-C which was issued to me on January 28, 2004 and was claimed on my income tax for that year. Per the IRS any Cancellation of a Debt must be claimed as income. The cancellation of this debt bars you from any and all attempts to again collect on the debt. Further attempts by your company, any company or individual will result in a violation of both Federal and State Laws.

Since you claim to have purchased the above account from HSBC you are now the creditor of record and as such you are liable for any and all erroneous information that is on my credit file. Unless the information is not corrected I will be forced to take whatever legal action is necessary to protect my rights.

Also, you are already in violation of Florida Law which requires all collection agencies doing business in this state to be registered with The Department of Financial Regulations which there is no record that your company has complied with State Law.

While I prefer not to litigate, I will use the courts as needed to enforce my rights under the FDCPA.

I look forward to an uneventful resolution of this matter and that you will not contact me again concerning trying to collect on this debt.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to First National Collection Bureau, Inc, 610 Waltham Way, Sparks, NV 89434 via FAX on this 2nd Day of March 2009.

By: *[signature]*
Jack R. Arons
10088 Blue Waters Road
Tallahassee, Florida 32305

*Be advised that this is an attempt by a Debtor to correct erroneous information received from a Debt Collector and any information obtained may be used in a Court of Law to protect the rights of the Debtor under both Florida's Fair Debt Collections Practices Act and The Federal Fair Debt Collections Practices Act.*

Exhibit "A"

| CREDITOR'S name, street address, city, state, and ZIP code | | OMB No. 1545-1424 | | Cancellation of Debt |
|---|---|---|---|---|
| Household Credit Services<br>P. O. Box 80084<br>Salinas, CA 93912-0084 | | **2004**<br>Form **1099-C** | | |
| CREDITOR'S federal identification number | DEBTOR'S identification number | 1 Date canceled<br>01/28/2004 | 2 Amount of debt canceled<br>$1,295.00 | Copy B<br>For Debtor |
| DEBTOR'S name<br>JACK R. ARONS | | 3 Interest if included in box 2<br>$ | 4 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>10088 Blue Waters Road | | 5 Debt description<br>Credit Card<br>Orchard Bank | | |
| City, state, and ZIP code<br>Tallahassee, Florida 32311 | | | | |
| Account number (optional) | | 6 Bankruptcy (if checked)<br>☐ | 7 Fair market value of property<br>$ | |

1099-C (keep for your records) Department of the Treasury - Internal Revenue Service