IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| JACK ARONS<br><br>              Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTIONS BUREAU,<br><br>              Defendant. | Civil Action No.<br><br>3:09-cv-3553 AET-TJB |

## DISCLOSURE STATEMENT

The undersigned counsel for <u>First National Collection Bureau, Inc.</u>, certifies that this party is a non-governmental corporate party and that:

¨     This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

OR

✗     This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock


<u>August 27, 2009</u>             <u>(s) Andrew M. Schwartz /Amschwartz2</u>
Date                               E-Signature of Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| JACK ARONS<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTIONS BUREAU,<br><br>　　　　　Defendant. | Civil Action No.<br><br>3:09-cv-3553 AET-TJB |

## CERTIFICATE OF SERVICE

I, Andrew M. Schwartz, Esquire, do hereby certify that a true and correct copy of First National Collection Bureau, Inc.'s *Rule 7.1 Disclosure Statement Form* was filed and served by ECF on August 27, 2009.

　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　COLEMAN & GOGGIN

　　　　　　　　　　　　　　By: *(s) Andrew M. Schwartz /Amschwartz2*
　　　　　　　　　　　　　　　　Andrew M. Schwartz, Esq.
　　　　　　　　　　　　　　　　1845 Walnut Street, 17th Floor
　　　　　　　　　　　　　　　　Philadelphia, PA 19103